IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON DORSAINVILLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-03389-E |
| | § | |
| SANTANDER CONSUMER USA | § | |
| INC. and EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| | § | |
| Defendants. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant Santander Consumer USA Inc.'s Motion to Dismiss (ECF No. 7). On June 5, 2026, the Magistrate Judge convened a scheduled hearing to address the pending motion. *See* Order Setting Hearing (ECF No. 16). As stated on the record at the hearing, Plaintiff would like to avail himself of the procedures set forth in Judge Brown's Procedures and Standing Order and amend his Complaint to cure the perceived deficiencies identified by Defendant in the motion. *See Procedures for Cases Assigned to District Judge Ada Brown and Standing Order*, U.S. Dist. Court N.D. Tex. 9–10, https://www.txnd.uscourts.gov/sites/default/files/documents/BrownJSR.pdf (last visited June 5, 2026). In response, Defendant's counsel represented that he does not object to Plaintiff filing an amended complaint and he would withdraw the pending motion in light of Plaintiff's intention to file an amended complaint.

1

Accordingly, the Court recommends that the District Judge permit Plaintiff to file an amended complaint within **14 days** of the District Court's order accepting this recommendation. Upon Plaintiff filing his amended complaint, the Court recommends that the District Judge **TERMINATE AS MOOT** Defendant's Motion to Dismiss (ECF No. 7).

**SO RECOMMENDED.**

June 5, 2026.

HON. R. RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). To be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district judge, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996).