IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON DORSAINVILLE,<br>    PLAINTIFF, | §<br>§<br>§ | |
| V. | §<br>§ | CASE NO. 3:25-CV-03389-E |
| SANTANDER CONSUMER USA INC.<br>AND EQUIFAX INFORMATION<br>SERVICES LLC,<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Rebecca Rutherford made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff must file an amended complaint within **14 days** of the date of this order, and the Court **TERMINATES AS MOOT** Defendant's Motion to Dismiss [Doc. 7].

**SO ORDERED**: this 23rd day of June, 2026.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE